UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FORT PRODUCTIONS, INC. d/b/a FORT GROUP,

                            Plaintiff,

                -against-

MEN'S MEDICAL CLINIC, LLC a/k/a MEN'S MEDICAL
CLINIC a/k/a NEW YORK MEN'S MEDICAL CLINIC,

                         Defendant.
------------------------------------------------------------------------X

**Civil Action No.:**
**15-CV-00376 (NSR)**

**AMENDED COMPLAINT**

## AMENDED COMPLAINT

Plaintiff, FORT PRODUCTIONS, INC. d/b/a FORT GROUP (hereinafter referred to as "Plaintiff"), complaining of the Defendant, MEN'S MEDICAL CLINIC, LLC a/k/a MEN'S MEDICAL CLINIC a/k/a NEW YORK MEN'S MEDICAL CLINIC (hereinafter referred to as "Defendant"), alleges as follows:

## INTRODUCTION

This is an action to recover outstanding monies owed for services rendered to the Defendant.

## JURISDICTION AND VENUE

1. This Court has jurisdiction in this action pursuant to 28 U.S.C. §1332, based upon diversity of citizenship of the parties and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

2. Venue lies in this Court pursuant to 28 U.S.C. §1391 (b) (1) and (2), as Defendant is located in this District and a substantial part of the events or omissions giving rise to the claim occurred in this District. Specifically, a significant portion of the advertising efforts were directed

to the New York City and suburban advertising markets and a sizeable portion of the unpaid debt relates to advertising purchased in said markets.

## THE PARTIES

3. That at all times herein mentioned Plaintiff was and still is a New Jersey Corporation with offices located at 100 Challenger Road, Ridgefield Park, New Jersey.

4. Upon information and belief, at all times herein mentioned, Defendant Men's Medical Clinic, LLC. was and still is, a Florida limited liability corporation and maintains an office at 222 Westchester Avenue, Suite 204, White Plains, New York 10604.

## FACTUAL BASIS FOR ALL CLAIMS

5. By agreement dated July 10, 2014 the Defendant retained the Plaintiff as a Marketing Communications Agency to support the 2014-2015 marketing and advertising efforts.

6. The Defendant agreed to pay the fair and reasonable value of such services provided by the Plaintiff.

7. The Plaintiff accepted the agreement.

8. The Plaintiff performed marketing and advertising services for Defendant and the Defendant has failed, after invoice and due demand, to pay the balance due and owing of Eight Hundred Thousand Ninety One Dollars and no cents ($800,091.00).

## AS AND FOR A FIRST CAUSE OF ACTION
### (BREACH OF CONTRACT)

9. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 8 of the Complaint as it is fully stated herein.

10. The Plaintiff and the Defendant entered into a contract wherein the Plaintiff, amongst other things, agreed to perform marketing and advertising services on behalf of the Defendant.

11.     That in consideration for the marketing and advertising performed by the Plaintiff, the Defendant agreed to pay the fair and reasonable price for those services.

12.     The Plaintiff duly performed its portion of the terms and conditions of the agreement.

13.     The Defendant has neglected and refused to perform its portion of the terms and conditions of the agreement by failing to pay the fair and reasonable price for the services provided by the Plaintiff.

14.     That as a result of the foregoing, there has become justly due and owing to the Plaintiff from the Defendant the sum of Eight Hundred Thousand Ninety One Dollars and no cents ($800,091.00).

15.     Upon information and belief additional amounts may become due and owing during the pendency of this action.

## AS AND FOR A SECOND CAUSE OF ACTION
### (ACCOUNT STATED)

16.     Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 15 of the Complaint as it is fully stated herein.

17.     The Plaintiff provided fair and reasonable services to the Defendant for which it has not received compensation.

18.     The fair market value of those services is Eight Hundred Thousand Ninety One Dollars and no cents ($800,091.00).

19.     The Plaintiff sent the Defendant proper and accurate invoices for the services provided on its behalf.

20.     The Defendant failed to refute the invoices which constitute a balance owed of Eight Hundred Thousand Ninety One Dollars and no cents ($800,091.00).

21. To date, the Defendant has failed to satisfy the account stated.

## AS AND FOR A THIRD CAUSE OF ACTION
### (QUANTUM MERUIT)

22. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 21 of the Complaint as it is fully stated herein.

23. The Plaintiff rendered the marketing services in good faith relative to the agreement entered into with the Defendant. The Defendant accepted the Plaintiff's services.

24. The fair and reasonable value of the services rendered by the Plaintiff amounted to Eight Hundred Thousand Ninety One Dollars and no cents ($800,091.00) and there was an expectation between the parties that Plaintiff would be compensated this amount for its services to the Defendant.

25. The Plaintiff has made several attempts to recover the monies owed by the Defendant prior to the commencement of the within action.

26. The Defendant has repeatedly and willfully failed to remit the monies owed.

27. The Defendant has failed to pay the amount due and owing for the marketing services rendered on its behalf.

28. Under a theory of *quantum meruit,* the Plaintiff is entitled to recover the sum of Eight Hundred Thousand Ninety One Dollars and no cents ($800,091.00) from the Defendant for services rendered in which payment was not received.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, FORT PRODUCTIONS, INC. d/b/a FORT GROUP, requests that the Court enter a judgment:

1. Ordering Defendant, MEN'S MEDICAL CLINIC, LLC a/k/a MEN'S MEDICAL CLINIC a/k/a NEW YORK MEN'S MEDICAL CLINIC, to remit payment of Eight Hundred

Thousand Ninety One Dollars and no cents ($800,091.00), plus any additional amounts that may become due and owing during the pendency of this action plus interest in the statutory amount;

2. Awarding the Plaintiff, FORT PRODUCTIONS, INC. d/b/a FORT GROUP, costs and attorneys' fees incurred in this action; and

3. Providing such other legal and equitable relief as the Court deems proper, including injunctive relief where warranted.

Dated: White Plains, New York
January 30, 2015

Yours, etc.,
TRIVELLA & FORTE, LLP

JONATHAN BARDAVID (JB 0072)
*Attorneys for the Plaintiff*
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
Tel No.: (914) 949-9075
Fax No.: (914) 949-4752

To:     MEN'S MEDICAL CLINIC, LLC a/k/a
        MEN'S MEDICAL CLINIC a/k/a
        NEW YORK MEN'S MEDICAL CLINIC
        *Defendant*
        222 Westchester Avenue, Suite 204
        White Plains, New York 10604