J. Román (mml)



RECEIVED
JUL 22 2016
U.S.D.C.
WP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FORT PRODUCTIONS, INC., d/b/a FORT GROUP,

          Plaintiff,

-against-

MEN'S MEDICAL CLINIC, LLC a/k/a MEN'S MEDICAL
CLINIC a/k/a NEW YORK MEN'S MEDICAL CLINIC,

          Defendant.
------------------------------------------------------------------x

**15-CV-00376 (NSR)**

**ORDER TO SHOW CAUSE**
**FOR DEFAULT JUDGMENT**

     **UPON THE READING AND FILING** of the annexed Memorandum of Law, the

Declaration of Jonathan M. Bardavid, Esq., the Declaration Frank DiGioia and the Exhibits

annexed thereto in support of the instant application of a default judgment, and upon all prior

pleadings had herein,

     **IT IS HEREBY ORDERED** that the Defendant, MEN'S MEDICAL CLINIC, LLC a/k/a

MEN'S MEDICAL CLINIC a/k/a NEW YORK MEN'S MEDICAL CLINIC, Show Cause *in-person* before

this Honorable Court located at 300 Quarropas Street, White Plains, New York in Room 218 before

the Honorable District Judge Nelson S. Román on the 7th day of Sept., 2016, ~~or as soon~~

~~thereafter as counsel can be heard,~~ *at 10:30am* why an Order pursuant to Fed. R. Civ. P. 55(b)(2) should not

be issued:

(1) Granting default judgment against Defendant in the amount of $543,389.74 resulting from

    Defendant's breach of a contract entered into between Plaintiff and Defendant on July 10,

    2014 plus pre- and post-judgment interest resulting therefrom; and

(2) Granting such other legal and equitable relief as the Court deems proper.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2016

**IT IS FURTHER HEREBY ORDERED**, that service of a copy of this Order to Show

Cause and the papers upon which it is based, by overnight mail upon the Defendant on or before

_July 29_ ___, 2016, shall be deemed good and sufficient service herein;


Dated: White Plains, New York
        July 27, 2016

~~ENTER~~ SO ORDERED.

_____
NELSON S. ROMÁN, U.S.D.J.

It is further Ordered, that objections to the relief requested herein or answering papers, if any, shall be served upon Plaintiff's counsel by Aug. 29, 2016.