**15-CV-00376 (NSR)**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

FORT PRODUCTIONS, INC., d/b/a FORT GROUP,

                    Plaintiff,

          -against-

MEN'S MEDICAL CLINIC, LLC a/k/a MEN'S MEIDCAL CLINIC
a/k/a NEW YORK MEN'S MEDICAL CLINIC

                   Defendant.

------------------------------------------------------------------------x
STATE OF NEW YORK             )
                                 )ss.:
COUNTY OF WESTCHESTER     )

**AFFIDAVIT OF SERVICE**

        LAUREN DAMMACCO, being duly sworn, deposes and says:

        That I am not a party to this action; am over 18 years of age and reside in Rockland County, New

York; that on the 28th day of July I served the within ORDER TO SHOW CAUSE FOR DEFAULT

JUDGMENT WITH EXHIBITS A-G, in the action of *Fort Productions, Inc., d/b/a Fort Group, v. Men's*

*Medical Clinic, LLC a/k/a Men's Medical Clinic a/k/a New York Men's Medical Clinic* upon:

                 Men's Medical Clinic LLC
                 5728 Major Blvd., Suite 750
                 Orlando, Florida 32819

by UPS Next Day Air.

                            */s/ Lauren Dammacco*
                            LAUREN DAMMACCO

Sworn to before me this
28th day of July, 2016.

*/s/ Athena Truiano_____*
    Notary Public
ATHENA TRUIANO
Notary Public, State of New York
No. 01TR5075427
Qualified in Westchester County
Commission Expires March 31, 2019