UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
FORT PRODUCTIONS, INC., d/b/a FORT GROUP,

Plaintiff,

           **15-CV-00376 (NSR)**

-against-

           **DEFAULT JUDGMENT**

MEN'S MEDICAL CLINIC, LLC a/k/a MEN'S MEDICAL
CLINIC a/k/a NEW YORK MEN'S MEDICAL CLINIC,

Defendant.
-----------------------------------------------------------------x

**UPON THE ORDER TO SHOW CAUSE** filed by Plaintiff, FORT PRODUCTIONS,

INC., d/b/a FORT GROUP, and the Exhibits attached thereto, including Plaintiff's Memorandum

of Law, the Declaration of Jonathan M. Bardavid, the Declaration of Frank DiGioia, and the

exhibits attached thereto, and upon all pleadings and papers filed herein; and

**UPON** the failure of the Defendant, MEN'S MEDICAL CLINIC, LLC a/k/a MEN'S

MEDICAL CLINIC a/k/a NEW YORK MEN'S MEDICAL CLINIC, to appear before this

Honorable Court on September 7, 2016;

**IT IS HEREBY ORDERED:**

(A)    That a Default Judgment be entered against Defendant in the amount of

$543,389.74 resulting from Defendant's breach of a contract entered into between

Plaintiff and Defendant on July 10, 2014 for Plaintiff's service rendered and cost

incurred on behalf of Defendant; and

(B)    Plaintiff is further awarded pre-judgment interest pursuant to N.Y. C.P.L.R. §§

5001, 5003 and 5004 in the amount of $87,210.57 through September 9, 2016;

and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2016

1

(C) Plaintiff is further awarded post-judgment interest pursuant to 28 U.S.C. § 1961 in

the daily amount of $10.53 (($630,600.31 x .0061)/365)

In accordance with the foregoing, the total amount of the Default Judgment shall be

$630,600.31; and Plaintiff shall be entitled to collect $10.53 per day from September 10, 2016

until the Judgment is satisfied.

Dated: White Plains, New York

Sept. 8 , 2016

_____, U.S.D.J.

NELSON S. ROMÁN